UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF **FILED**

2005 JUL 12 P 3: 53

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

| | |
|---|---|
| ERIC K. DANNENBERG, | No. 05-16229 |
| | D.C. No. CV-02-05295- |
| Plaintiff - Appellant, | REC/SMS |
| v. | |
| R. CANDELARIA, Warden; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith [X]

This appeal is not taken in good faith [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: July 12, 05